■ HEATHER ASSOCIATES, Appellant, v MORRIS FELLNER et al., Respondents. [626 NYS2d 440] —Order and judgments, Supreme Court, New York County (Richard B. Lowe, III, J.), entered on or about March 16, 1994, May 2, 1994 and May 11, 1994, respectively, unanimously affirmed for the reasons stated by Lowe, III, J., with costs and disbursements. The unpublished order of this Court entered herein on April 6, 1995 is hereby recalled and vacated. No opinion. Concur—Wallach, J. P., Kupferman, Nardelli and Mazzarelli, JJ.